# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-1081**  September Term, 2017

FERC-CP14-96-000
FERC-CP14-96-001

**Filed On:** October 10, 2017

City of Boston Delegation,

    Petitioner

  v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Algonquin Gas Transmission, LLC, et al.,
    Intervenors

------------------------------

Consolidated with 16-1098, 16-1103

    **BEFORE:**  Henderson and Srinivasan, Circuit Judges; and Williams, Senior Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing (1) whether the petitioners in case no. 16-1081 have authority to litigate *ut parens patriae* under Massachusetts law and, if not, whether they have standing on another basis; and (2) whether the petitioners in case no. 16-1103 have organizational and/or individual standing, *see Sierra Club v. EPA*, 292 F.3d 895 (D.C. Cir. 2002). Intervenors Algonquin Natural Gas Transmission, LLC *et al.* may rest on the standing arguments set forth in their Intervenor for Respondent Final Brief at their option. The supplemental briefs may not exceed 2,600 words and must be filed by 12:00 noon on Tuesday, October 17, 2017. In addition to electronic filing, paper copies of the submissions must be hand delivered to the court by the time and date due.

<u>**Per Curiam**</u>

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

      BY:   /s/
                          Michael C. McGrail
                          Deputy Clerk