# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 16-1081**  **September Term, 2017**

FERC-CP14-96-000
FERC-CP14-96-001

**Filed On: October 19, 2017** [1700057]

City of Boston Delegation,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Algonquin Gas Transmission, LLC, et al.,
    Intervenors

------------------------------

Consolidated with 16-1098, 16-1103

    **BEFORE:** Circuit Judges Henderson and Srinivasan, and Senior Circuit Judge Williams

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 19, 2017 at 10:00 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Thomas S. Fitzpatrick, counsel for Petitioner City of Boston Delegation.

    Carolyn Elefant, counsel for Petitioners Riverkeeper, Inc., et al.

    Ross R. Fulton (FERC), counsel for Respondent.

    Jeremy C. Marwell, counsel for Intervenor.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
        Shana E. Thurman
        Deputy Clerk